UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

QUEEN HARRELL,

    PLAINTIFF,

        V.                    : CIVIL NO. 3:03 CV 910 (AWT)

HILL HEALTH CORPORATION d/b/a
HILL HEALTH CENTER,

    DEFENDANT.              : September 25, 2003

**UNITED STATES' MOTION FOR SUBSTITUTION**

The United States of America, pursuant to the Federal Tort Claims Act, 28 U.S.C. Sec. 2679(d)(2) and 42 U.S.C. Sec. 233, respectfully requests that an Order be entered substituting the United States as a defendant in the above-captioned civil action in place of the named defendant, Hill Health Corporation d/b/a Hill Health Center ("HHC") for any acts and omissions alleged to have been committed by HHC, acting by and through its agents and employees, on or after November 18, 1994. A memorandum in support of this motion and a proposed Order have been filed herewith.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
HARTFORD, CT 06103
(203) 821-3700
FEDERAL BAR NO. ct17984

GRANTED, absent objection.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/6/03