

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

QUEEN HARRELL,                    :
                                 :
    PLAINTIFF,                    :
                                 :
        V.                       : CIVIL NO. 3:03 CV 910 (AWT)
                                 :
HILL HEALTH CORPORATION d/b/a    :
HILL HEALTH CENTER,              :
                                 :
    DEFENDANT.                    :  September 25, 2003

### UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE

The United States of America[i]  respectfully requests that plaintiff's complaint be

dismissed without prejudice to her re-filing in this Court after review of her now-pending

administrative claim is complete, should the administrative-review process prove unsuccessful.

A memorandum in support of this motion has been filed herewith.

Respectfully Submitted,

**GRANTED, absent objection.**
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11 / 6   / 03

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
HARTFORD, CT  06103
(203) 821-3700
FEDERAL BAR NO. ct17984

[i] Pursuant to the Federal Tort Claims Act, 28 U.S.C. Sec. 2679(d)(2) and 42 U.S.C. Sec. 233, the United States has requested that it be substituted as a defendant in the above-captioned civil action in place of the named defendant, Hill Health Corporation d/b/a Hill Health Center ("HHC") for any acts and omissions alleged to have been committed by HHC, acting by and through its agents and employees, on or after November 18, 1994.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**