UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUEEN HARRELL | : |
| v. | : CASE NO. 3:03CV910 (AWT) |
| HILL HEALTH CORPORATION, and<br>UNITED STATES OF AMERICA | : |

## JUDGMENT

This action came on for consideration of the United States of America's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law. On November 7, 2003, the United States of America was substituted as a defendant in this matter for the Hill Health Corporation. Also on November 7, 2003, the court granted the United States of America's motion to dismiss, absent objection by endorsement.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the United States of America.

Dated at Hartford, Connecticut, this 19th day of January, 2006.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith
Deputy Clerk

EOD _____